AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Justin Schmidt <br><br> *Plaintiff(s)* <br> v. <br> Chetu Inc. and Atal Bansal <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 0:21-cv-60947 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Chetu, Inc.
c/o Atal Preside Bansal as Registered Agent
10167 W Sunrise Blvd.
Suite 200
Plantation, FL 33322

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Office of Brian Holland, P.A.
300 SW 1st Avenue
Suite 155
Fort Lauderdale, FL
33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                                   *Signature of Clerk or Deputy Clerk*